6/7/2011 Waiver of Preliminary Hearing

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: SA:19-M-00472(4) |
| (4) Christopher Salazar | § § | |

### WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

5-3-19
**Date**

[signature]
**Defendant**

JOHN RITSENOUR
**Name of Attorney for Defendant (Print)**

5-3-19
**Date**

[signature]
**Signature of Attorney for Defendant**